UNITED STATES BANKRUPTCY COURT
NORTHERN  DISTRICT OF  ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CHRISTOPHER M REYNOLDS | § | Case No. 09-04555 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gregg Szilagyi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

               219 S. Dearborn Street
               Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 06/14/2011 in Courtroom 744,

              United States Courthouse
              219 S. Dearborn St., Chgo, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/16/2011                By: Gregg Szilagyi
                                                        Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
CHRISTOPHER M REYNOLDS § Case No. 09-04555
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 52,516.75 |
| and approved disbursements of | $ 20,400.00 |
| leaving a balance on hand of[1] | $ 32,116.75 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Gregg Szilagyi | $ 5,875.82 | $ 0.00 | $ 5,875.82 |
| Attorney for Trustee Fees: JOSEPH A. BALDI & ASSOCIATES | $ 8,000.00 | $ 0.00 | $ 8,000.00 |
| Attorney for Trustee Expenses: JOSEPH A. BALDI & ASSOCIATES | $ 323.21 | $ 0.00 | $ 323.21 |
| Total to be paid for chapter 7 administrative expenses | | | $ 14,199.03 |
| Remaining Balance | | | $ 17,917.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 20,000.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 6 | Michelle Hanson | $ 20,000.00 | $ 0.00 | $ 17,917.46 |
| | Total to be paid to priority creditors | | $ | 17,917.46 |
| | Remaining Balance | | $ | 0.26 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,955.80  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Legend Lakes Condominium Association | $ 7,889.66 | $ 0.00 | $ 0.00 |
| 1 | Legend Lakes Condominium Association | $ 7,889.66 | $ 0.00 | $ 0.00 |
| 1 | Legend Lakes Condominium Association | $ 8,259.66 | $ 0.00 | $ 0.00 |
| 2 | PYOD LLC its successors and assigns as assignee of | $ 11,103.18 | $ 0.00 | $ 0.00 |
| 3 | PYOD LLC its successors and assigns as assignee of | $ 15,712.43 | $ 0.00 | $ 0.00 |
| 5 | Wells Fargo Bank, N.A. | $ 2,101.21 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | $ | 0.00 |
| | Remaining Balance | | $ | 0.26 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Gregg Szilagyi
                                                    Trustee

*Gregg Szilagyi*
*542 South Dearborn Street*
*Suite 1060*
*Chicago, Illinois 60605*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                                           Case No. 09-04555-ERW
Christopher M Reynolds                                                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1             User: csimmons               Page 1 of 2                     Date Rcvd: May 17, 2011
                               Form ID: pdf006            Total Noticed: 27

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2011.
db           +Christopher M Reynolds,    2135 Primrose Lane,    Schaumburg, IL 60194-2627
aty          +David Chang,    Chang & Carlin, LLP,    1305 Remington Road,    Suite C,    Schaumburg, IL 60173-4820
aty          +Donna B Wallace,    Joseph A Baldi & Associates, PC,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
aty          +Joseph A Baldi,    Baldi Berg & Wallace, Ltd.,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
tr           +Gregg Szilagyi,    542 South Dearborn Street,    Suite 1060,    Chicago, IL 60605-1567
13523153      A Alliance Collection,    4180 Rfd Route 83 Ste 20,    Long Grove, IL 60047
13523154     +Captial One,    PO Box 5294,    Carol Stream, IL 60197-5294
13523155     +Ccs/first National Ban,    500 East 60th St N,    Sioux Falls, SD 57104-0478
13523156     +Ccs/first Savings Bank,    500 E 60th St N,    Sioux Falls, SD 57104-0478
13523157     +Citi,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
13523158     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
13523159     +Citi Auto,    2208 Highway 121 Ste 100,    Bedford, TX 76021-5981
13523161     +First Premier Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
13523162     +First Premier Bank,    Po Box 5524,    Sioux Falls, SD 57117-5524
13523163     +GC Services Limited Partnership,    6330 Gulfton,    Houston, TX 77081-1198
13523164     +Harris N.a.,    111 W Monroe St,    Chicago, IL 60603-4095
13523165      Karen Lavin,    William H. Heyller and Assoc,    444 N. Rte. 31 #100,    Crystal Lake, IL 60012
13926805     +Legend Lakes Condominium Association,    c/o Kovitz Shifrin Nesbit,    750 West Lake Cook Rd.,
               Suite 350,    Buffalo Grove, IL 60089-2088
13523166      Markoff & Krasny,    29 N. Wacker Drive #500,,    Chicago, IL 60606-2854
14214070     +Michelle Hanson,    c/o James Shaffer,    20 N Clark Street,    Chicago, Illinois 60602-4109
14155273     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
13523168     +Professnl Acct Mgmt In,    Attn: Sabrina,    Po Box 391,    Milwaukee, WI 53201-0391
14266620     +Wells Fargo Bank, N.A.,    4137 121st Street,    Urbandale, IA 50323-2310
13523170     +Wf Fin Bank/Wells Fargo Financial,    Attn: Bankruptcy Dept,
               2143 East Convention Center Way #200,    Ontario, CA 91764-5451
13523171     +Wffinancial,    1115 N Salem Dr,    Schaumburg, IL 60194-1332
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13523167     +E-mail/Text: bkr@cardworks.com May 18 2011 00:33:57      Merrick Bank,    Attn: Special Collections,
               P.O. Box 9201,    Old Bethpage, NY 11804-9001
13523169     +E-mail/PDF: pa_dc_claims@salliemae.com May 18 2011 01:03:10      Sallie Mae,    Attn: Claims Dept,
               Po Box 9500,    Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 2

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Erika E Pedersen
aty             Jill Weinstein,    Pedersen & Weinstein LLP
13523160     ##+David J Malter,    19 S LaSalle Street, Suite 1300,    Chicago, IL 60603-1406
                                                                                              TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

```
District/off: 0752-1          User: csimmons              Page 2 of 2              Date Rcvd: May 17, 2011
                              Form ID: pdf006             Total Noticed: 27

             ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2011**                    **Signature:**    *Joseph Speetjens*