# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | |
|---|---|
| In re: § | |
| § | |
| CHRISTOPHER M REYNOLDS § | Case No. 09-04555 |
| § | |
| Debtor(s) § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Gregg Szilagyi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter     on             . The case was pending for     months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Gregg Szilagyi_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Gregg Szilagyi | | | | | |
| Gregg Szilagyi | | | | | |
| Pedersen & Weinstein LLP | | | | | |
| JOSEPH A. BALDI & ASSOCIATES | | | | | |
| JOSEPH A. BALDI & ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Michelle Hanson | | | | | |
| 6 | Michelle Hanson | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Michelle Hanson | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Legend Lakes Condominium Association | | | | | |
| 1 | Legend Lakes Condominium Association | | | | | |
| 1 | Legend Lakes Condominium Association | | | | | |
| 2 | PYOD LLC its successors and assigns as assignee of | | | | | |
| 3 | PYOD LLC its successors and assigns as assignee of | | | | | |
| 5 | Wells Fargo Bank, N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 09-04555 ERW | Judge: | Eugene R. Wedoff | Trustee Name: | Gregg Szilagyi |
|---|---|---|---|---|---|
| Case Name: | CHRISTOPHER M REYNOLDS | | | Date Filed (f) or Converted (c): | 02/13/09 (f) |
| | | | | 341(a) Meeting Date: | 03/23/09 |
| For Period Ending: 10/18/11 | | | | Claims Bar Date: | 07/29/09 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking Account with WAMU | 0.00 | 0.00 | DA | 0.00 | FA |
| 2 | Checking account with National City - no carryover balance | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | Household Goods | 800.00 | 800.00 | DA | 0.00 | 800.00 |
| 4 | Wearing Apparel | 500.00 | 500.00 | DA | 0.00 | 500.00 |
| 5 | Employer Provided Life Insurance NCV | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 6 | Debtor is a plaintiff in a lawsuit -- 08 cv 02115 -- Reynold | 0.00 | 0.00 | | 0.00 | 0.00 |
| 7 | 2004 Lincoln Aviator 50K Miles | 11,205.00 | 11,205.00 | DA | 0.00 | 11,205.00 |
| 8 | 3 Dogs | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 9 | EMPLOYMENT ACTION (u) | Unknown | 0.00 | | 52,500.00 | FA |
| 10 | REAL ESTATE - 612 Legend Lane, McHenry, IL | 190,000.00 | Unknown | DA | 0.00 | Unknown |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 17.08 | Unknown |

TOTALS (Excluding Unknown Values)    $202,505.00    $12,505.00    $52,517.08

Gross Value of Remaining Assets
$12,505.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):   12/31/10     Current Projected Date of Final Report (TFR):   / /

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 09-04555  
Case Name: CHRISTOPHER M REYNOLDS  
Taxpayer ID No: XX-XXX4959  
For Period Ending: 10/18/11  

Trustee Name: Gregg Szilagyi  
Bank Name: Bank of America  
Account Number/CD#: XXXXXX1928 - MONEY MARKET ACCOUNT  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | 5<br>Uniform Tran. Code | 6<br>Deposits ($) | 7<br>Disbursements ($) | Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 08/12/09 | 9 | I-CAR | SETTLEMENT PAYMENT FOR PI SUIT | 1129-000 | 52,500.00 | | 52,500.00 |
| 08/31/09 | INT | Bank of America | Interest Rate 0.050 | 1270-000 | 0.98 | | 52,500.98 |
| 09/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 2.11 | | 52,503.09 |
| 09/30/09 | | Transfer to Acct#XXXXXX1931 | Transfer of Funds | 9999-000 | | 20,400.00 | 32,103.09 |
| 10/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.81 | | 32,103.90 |
| 11/30/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.80 | | 32,104.70 |
| 12/31/09 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.82 | | 32,105.52 |
| 01/29/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.82 | | 32,106.34 |
| 02/26/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.74 | | 32,107.08 |
| 03/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.82 | | 32,107.90 |
| 04/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.79 | | 32,108.69 |
| 05/28/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.81 | | 32,109.50 |
| 06/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.80 | | 32,110.30 |
| 07/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.81 | | 32,111.11 |
| 08/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.82 | | 32,111.93 |
| 09/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.79 | | 32,112.72 |
| 10/29/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.82 | | 32,113.54 |
| 11/30/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.79 | | 32,114.33 |
| 12/31/10 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.82 | | 32,115.15 |
| 01/31/11 | INT | Bank of America | Interest Rate 0.030 | 1270-000 | 0.82 | | 32,115.97 |
| 02/28/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.25 | | 32,116.22 |
| 03/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.27 | | 32,116.49 |
| 04/29/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.26 | | 32,116.75 |
| 05/31/11 | INT | Bank of America | Interest Rate 0.010 | 1270-000 | 0.28 | | 32,117.03 |
| 06/07/11 | INT | Bank of America | Interest | 1270-000 | 0.05 | | 32,117.08 |
| 06/07/11 | | Transfer to Acct#XXXXXX1931 | Transfer of Funds | 9999-000 | | 32,117.08 | 0.00 |
| | | | Page Subtotals | | 52,517.08 | 52,517.08 | |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2
Exhibit 9

Case No: 09-04555
Case Name: CHRISTOPHER M REYNOLDS
Taxpayer ID No: XX-XXX4959
For Period Ending: 10/18/11

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1928 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 52,517.08 | 52,517.08 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 52,517.08 | |
| Subtotal | 52,517.08 | 0.00 | |
| Less: Payments to Debtors | 0.00 | 0.00 | |
| Net | 52,517.08 | 0.00 | |

Page Subtotals                0.00        0.00

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit 9

Case No: 09-04555
Case Name: CHRISTOPHER M REYNOLDS
Taxpayer ID No: XX-XXX4959
For Period Ending: 10/18/11

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1931 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | 5<br>Uniform Tran. Code | 6<br>Deposits ($) | 7<br>Disbursements ($) | 8<br>Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 09/30/09 | | Transfer from Acct#XXXXXX1928 | Transfer of Funds | 9999-000 | 20,400.00 | | 20,400.00 |
| 09/30/09 | 001001 | Pedersen & Weinstein LLP<br>55 East Jackson<br>Suite 710<br>Chicago, IL 60604 | Reynolds 09-04555 contingency fee | 3210-000 | | 20,400.00 | 0.00 |
| 06/07/11 | | Transfer from Acct#XXXXXX1928 | Transfer of Funds | 9999-000 | 32,117.08 | | 32,117.08 |
| 06/15/11 | 001002 | GREGG SZILAGYI<br>542 South Dearborn Street<br>Suite 1060<br>Chicago, Illinois 60605 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 4,700.82 | 27,416.26 |
| 06/15/11 | 001003 | JOSEPH A. BALDI & ASSOCIATES<br>19 SOUTH LASALLE STREET<br>CHICAGO, ILLINOIS 60602 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3210-000 | | 7,175.00 | 20,241.26 |
| 06/15/11 | 001004 | JOSEPH A. BALDI & ASSOCIATES<br>19 SOUTH LASALLE STREET<br>CHICAGO, ILLINOIS 60602 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3220-000 | | 323.21 | 19,918.05 |
| 06/15/11 | 001005 | Michelle Hanson<br>c/o James Shaffer<br>20 N Clark Street<br>Chicago, Illinois 60602 | (Final distribution to Claim 6, representing a Payment of 99.59% per court order.) | 5100-000 | | 19,918.05 | 0.00 |

```
                                   COLUMN TOTALS                        52,517.08      52,517.08        0.00
                                      Less: Bank Transfers/CD's         52,517.08           0.00
                                   Subtotal                                  0.00      52,517.08
                                      Less: Payments to Debtors              0.00           0.00
                                   Net                                       0.00      52,517.08

                                                                                         NET           ACCOUNT
                                   TOTAL OF ALL ACCOUNTS              NET DEPOSITS   DISBURSEMENTS     BALANCE
                                            Page Subtotals              52,517.08      52,517.08
```

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit 9

Case No: 09-04555
Case Name: CHRISTOPHER M REYNOLDS
Taxpayer ID No: XX-XXX4959
For Period Ending: 10/18/11

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1931 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | MONEY MARKET ACCOUNT - XXXXXX1928 |  |  | 52,517.08 | 0.00 | 0.00 |
|  | CHECKING ACCOUNT - XXXXXX1931 |  |  | 0.00 | 52,517.08 | 0.00 |

Total Allocation Receipts:           0.00
Total Net Deposits:              52,517.08
Total Gross Receipts:            52,517.08

                                    52,517.08           52,517.08            0.00
                                ===============     ===============      ===========
                                (Excludes account   (Excludes payments   Total Funds on
                                  transfers)          to debtors)            Hand

                                        Page Subtotals                 0.00              0.00